IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, AND a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STRECK, INC.,<br><br>Defendant. | 4:16CV3130<br><br>ORDER |

The parties' Rule 26(f) Report describes a case scheduling issue that must be addressed before the court issues a final progression order; specifically, whether and to what degree Streck must identify the trade secrets at issue before the parties engage in written or deposition discovery. After conferring with counsel,

IT IS ORDERED:

1) On or before February 7, 2017, both parties shall file their respective briefs on whether Streck must initially identify the trade secrets at issue. Any responsive briefs shall be filed on or before February 21, 2017. No reply briefs shall be filed absent leave of the court for good cause shown.

2) Discovery, including the deadlines for responding to any written discovery already served, is stayed pending a ruling on the trade secret identification issue.

January 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge