IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>STRECK, INC.,<br><br>　　　　　　Defendant. | **4:16CV3130**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Steven E. Jedlinski as counsel of record for Plaintiffs/Counter-Defendants, CFGenome, LLC and Dr. M. Rohan Fernando, (Filing No. 65), is granted.

October 17, 2017.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge