IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STRECK, INC.,<br><br>Defendant. | 4:16CV3130<br><br>**ORDER** |

On January 18, 2018, my chambers conferred with counsel for all parties regarding the disputed content of a proposed protective order. The court then entered a motion for a protective order (Filing No. 76) and asked counsel to submit simultaneous briefing on their positions regarding its scope. Accordingly,

IT IS ORDERED:

1) The deadline to submit briefing on the parties' respective positions as to the protective order dispute is February 1, 2018.

2) The clerk shall set a case management deadline for February 2, 2018.

Dated this 18th day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge