IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STRECK, INC.,<br><br>　　　　　　　Defendant. | 4:16CV3130<br><br>**ORDER** |

　　　IT IS ORDERED that the motion to permit Michael A. Ramirez to withdraw from this case as counsel for Streck, Inc., (Filing No. 79), is granted.

　　　January 19, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge