IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>             Plaintiffs,<br><br>     vs.<br><br>STRECK, INC.,<br><br>             Defendant. | **4:16CV3130**<br><br><br>**ORDER** |

After conferring with counsel, (Filing No. 87), to assure a full and fair opportunity to present their evidence and arguments regarding the type, scope and contents of the protection order needed in this case:

IT IS ORDERED:

1)      Plaintiffs' formal motion for a protective order, along with their supporting brief and evidence, shall be filed on or before April 9, 2018. Defendant's response shall be served on or before April 23, 2018. No reply shall be filed absent a substantial showing of good cause.

2)      The deadlines within the case progression order are stayed pending further order of the court.

March 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge