IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual, | 4:16-CV-3130 |
| Plaintiffs, | |
| vs. | ORDER |
| STRECK, INC., | |
| Defendant. | |

      This matter is before the Court on plaintiff, CFGenome LLC's, objection (filing 97) to the Magistrate Judge's order (filing 93) granting the parties' motion for a productive order (filing 92). Specifically, CFGenome objects to the Magistrate Judge's conclusion that a patent prosecution bar is not warranted in this case. That objection will be overruled.

      A district court may reconsider a Magistrate Judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. U.S.*, 484 F.3d 1068 (8th Cir. 2007). Having thoroughly reviewed the record, the Court finds that the Magistrate Judge's order was neither clearly erroneous nor contrary to law. Accordingly,

      IT IS ORDERED that CFGenome's objection (filing 97) is overruled.

Dated this 3rd day of July, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge