IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>        Plaintiffs,<br><br>    vs.<br><br>STRECK, INC.,<br><br>            Defendant. | **4:16CV3130**<br><br><br>**ORDER** |
| STRECK, INC., A Nebraska Corporation;<br><br>        Plaintiff,<br><br>    vs.<br><br>STEVEN RYAN, CAROL RYAN, and BARRY UPHOFF,<br><br>            Defendants. | **8:17CV494** |

After conferring with counsel in Streck, Inc. v. Ryan et al, 8:17-cv-00494-JMG-CRZ, and with their agreement,

IT IS ORDERED that discovery in the above-captioned related cases will not be consolidated, but the discovery obtained in either case can be used by the parties in both cases.

November 6, 2018.                    BY THE COURT:

                                        s/ Cheryl R. Zwart
                                        United States Magistrate Judge