IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>    Plaintiffs/Counter Defendants,<br><br>  vs.<br><br>STRECK, INC.,<br><br>    Defendant/Counter Claimant/Third Party Plaintiff<br><br>  vs.<br><br>GARY KRZYZANOWSKI,<br><br>    Third Party Defendant. | **4:16CV3130**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Maureen B. Schoaf, as counsel of record for Plaintiffs/Counter-Defendants/Third-Party Defendant, (Filing No. 169), is granted.

Dated this 1st day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge