IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>        Plaintiffs,<br><br>vs.<br><br>STRECK, INC.,<br><br>        Defendant. | 4:16CV3130<br><br>ORDER |

After conferring with counsel, (Filing No. 172, audio file),

IT IS ORDERED:

1) The parties agreed that the "Proteck Product Line" consists of the products that contain the reagent system identified within the Blood EXO DNA ProTeck blood collection tube

2) The parties shall promptly confer to resolve their disputes regarding Streck's proposed third party subpoenas.

3) Any motion to quash Streck's proposed third party subpoenas shall be filed by Plaintiffs' counsel on or before May 15, 2019.

May 1, 2019.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge