IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>                 Plaintiffs,<br><br>   vs.<br><br>STRECK, INC.,<br><br>                 Defendant. | 4:16CV3130<br><br>**PROGRESSION ORDER (AMENDED)** |

The parties jointly requested that the deadlines related to expert disclosures be amended. Accordingly,

IT IS ORDERED that the amended progression order (Filing No. 161) is amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:
   a. Rebuttal Expert Witnesses: August 5, 2019.
      i. Objection to identified rebuttal expert witnesses: August 26, 2019.

2) The deadline for complete expert disclosures for all experts expected to testify at trial (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

a. Expert witnesses for claims on which the party bears the burden of proof: July 31, 2019.

b. Rebuttal Expert witnesses: December 11, 2019.

Dated this 29th day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge