IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual; <br><br> Plaintiffs/Counter Defendants, <br><br> vs. <br><br> STRECK, INC., <br><br> Defendant/Counter Plaintiff <br><br> vs. <br><br> GARY KRZYZANOWSKI, <br><br> Third-Party Defendant | **4:16CV3130** <br><br> **ORDER** |

IT IS ORDERED that the motion to withdraw Richard R. Winter, as counsel of record for CFGenome, LLC, Dr. M. Rohan Fernando, and Gary Krzyzanowski, (Filing No. 199), is granted.

Dated this 31st day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge