IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STRECK, INC.,<br><br>Defendant. | 4:16CV3130<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

Upon consideration of the parties joint motion to extend certain progression order deadlines (Filing No. 210):

IT IS ORDERED that the final progression order is amended as follows:

1) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 24, 2020** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on March 20, 2020.

2) Motions to compel discovery under Rules 33, 34, and 36 must be filed by September 30, 2019

3) The deposition deadline for both Fact and Expert Witnesses is December 30, 2019.

4) The deadline for filing motions to dismiss and motions for summary

judgment is January 13, 2020. The parties are advised, however, that any continuance of the briefing schedule will result in a continuance of the trial and Pretrial Conference settings.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 13, 2020.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge