IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company; and DR. M. ROHAN FERNANDO, an individual;<br><br>        Plaintiffs/Counter-Defendants,<br><br>    vs.<br><br>STRECK, INC.,<br><br>        Defendant/Counter-Plaintiff,<br><br>vs.<br><br>GARY KRZYZANOWSKI,<br><br>        Third-Party Defendant. | **4:16CV3130**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Tannaz Kouhpainezhad, as counsel of record for CFGenome, LLC, Dr. M. Rohan Fernando, and Gary Krzyzanowski, (Filing No. 228), is granted. Ms. Kouhpainezhad shall no longer receive electronic notice in this case.

Dated this 4th day of December, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge