IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company, and DR. M. ROHAN FERNANDO, an individual,, <br><br> Plaintiffs and counterclaim defendants, <br><br> vs. <br><br> STRECK, INC., <br><br> Defendant, counterclaimant, and third-party plaintiff, <br><br> vs. <br><br> GARY KRZYZANOWSKI, <br><br> Third-party defendant, | 4:16-CV-3130 <br><br> ORDER |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 237) recommending approval of the parties' settlement agreement. No one has objected to the findings and recommendation.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. See *Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th

Cir. 2009), *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 893 (8th Cir. 2005). Accordingly, the Court will adopt the findings and recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 237) are adopted.

2. The parties' motion for court approval of their settlement agreement (filing 227) is granted, and the settlement agreement is approved.

3. This case is closed for administrative purposes.

4. The parties shall report every 60 days, beginning on July 27, 2020, on their progress in obtaining the requisite approvals for full and final dismissal of their claims.

5. The Clerk of the Court shall set a status report deadline for July 27, 2020.

Dated this 27th day of May, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge