IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CFGENOME, LLC, a Delaware limited liability company, and DR. M. ROHAN FERNANDO, an individual<br><br>　　　　Plaintiffs and counterclaim defendants,<br><br>vs.<br><br>STRECK, INC.,<br><br>　　　　Defendant, counterclaimant, and third-party plaintiff,<br><br>vs.<br><br>GARY KRZYZANOWSKI<br><br>　　　　Third-party defendant. | 4:16-CV-3130<br><br><br><br>JUDGMENT |

　　On the parties' Joint Stipulation of Dismissal with Prejudice (filing 241), this case and all claims therein are dismissed with prejudice, each party to bear its own costs and expenses, including attorney fees.

　　Dated this 1st day of September, 2020.

BY THE COURT:<br><br>
_John M. Gerrard_ (signature)<br>
John M. Gerrard<br>
Chief United States District Judge